# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| AUGUSTIN CONEJO | : | CIVIL ACTION NUMBER |
|---|---|---|
| VERSUS | : | 05-1816 |
| JORDAN OIL CO., INC., ET AL. | : | JUDGE MINALDI<br>MAGISTRATE JUDGE WILSON |

## ORDER

The court notes that an additional party has joined the case since the order of reference was signed on April 13, 2006. Attached is a form for the new party to complete and file with the Clerk of Court within the next 15 calendar days from today. **Any party that fails to make an election and return the form to the Clerk in a timely manner, will be considered as having consented, in fact, to the magistrate's exercise of case-dispositive jurisdiction pursuant to 28 U.S.C. § 636(c).**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on June 26, 2006.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

|  |  |  |
|---|---|---|
| _____ | : | **CIVIL ACTION NUMBER** |
| **VERSUS** | : | _____ |
| _____ | : | **JUDGE MINALDI** <br> **MAGISTRATE JUDGE WILSON** |

**CONSENT TO PROCEED BEFORE A U. S. MAGISTRATE JUDGE**

In accordance with 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the undersigned counsel of record consents to have a magistrate judge conduct all further proceedings in this case, including bench or jury trial, and order the entry of final judgment.

Signed this _____ day of _____, 20\_\_.

Attorney: _____

List all parties represented: _____

_____

_____

**REFUSAL TO CONSENT TO PROCEED BEFORE A U. S. MAGISTRATE JUDGE**

Undersigned counsel of record refuses to consent to proceed before a U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(c).

Signed this _____ day of _____, 20\_\_.

Attorney: _____

List all parties represented: _____

_____

_____

There are no substantive adverse consequences for failing to consent to proceed before a magistrate judge. However, **COUNSEL FOR EACH PARTY SHALL MAKE AN ELECTION ON THE ABOVE FORM AND RETURN IT TO THE U.S. CLERK OF COURT**, 611 Broad Street, Suite 188, Lake Charles, LA 70601 **WITHIN THE NEXT 15 DAYS**. **Failure to do so in a timely manner will be considered as a party's consent, in fact, to the magistrate's exercise of case-dispositive jurisdiction pursuant to 28 U.S.C. § 636(c).**